UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| KNIGHT COLBURN, | ) CV 10-1802-VBF (SH) |
| | ) |
| Plaintiff, | ) ORDER FOR STATUS REPORT |
| | ) AND ORDER TO SHOW CAUSE |
| v. | ) |
| LEROY BACA, | ) |
| | ) |
| Defendant. | ) |

    The Records of this Court indicate that this action is not being diligently prosecuted by plaintiff in that defendants have not been served.

    IT IS HEREBY ORDERED that plaintiff file with this Court within twenty days of the date of this Order a detailed and factual report on the status of this litigation.

    IT IS FURTHER ORDERED that plaintiff show cause within twenty days of the date of this Order why said action should not be dismissed for failure to diligently prosecute. Fed.R .Civ.P. 4(m); Local Rule 12.

Failure to timely comply with this Order shall result in the case being dismissed without prejudice pursuant to Fed.R.Civ.P. 4(m).

DATED: <u>August 13, 2010</u>

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE