UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| KNIGHT COLBURN, | ) CV 10-1802-VBF (SH) |
| Plaintiff, | ) ORDER DISMISSING COMPLAINT<br>) FOR FAILURE TO PROSECUTE |
| vs. | ) |
| LEROY BACA, | ) |
| Defendant. | ) |

On May 13, 2010, the court ordered that pro per plaintiff file with this Court, within twenty days, a detailed and factual report on the status of this litigation.

Plaintiff failed to show cause within twenty days of the date of the July 15, 2010 Order why the action should not be dismissed for failure to diligently prosecute. Moreover, the Court's Order was returned by the prison as undeliverable.

Plaintiff was warned that failure to timely comply with the August 13, 2010, Order would result in the case being dismissed without prejudice. The Complaint

///
///
///
///
///

is dismissed pursuant to F.R.C.P. 4(m), and Local Rules 41-1 and 41-6.

DATED: August 30, 2010

*Valerie Baker Fairbank*
_____
VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE

Presented by:

Dated: August 25, 2010

*Stephen Hillman*
_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE